AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CLELAND, ROBERT H. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | 02/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

526 Water St
Port Huron, MI 48060

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trusts |
| 2. | Co-Trustee | Partnership 1 |
| 3. | Member | Board of Directors, Condominium Associations |
| 4. | Member | Investment Club |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  S1 (H) | | | | | | | | | |
| 2.  -AB Discover Growth Fund | | None | | | Sold | 03/30/15 | J | A | |
| 3.  -AB Discover Value Fund | | None | | | Sold | 09/25/15 | J | A | |
| 4.  -Actavis PLC (Common) (Y) | | | | | | | | | |
| 5.  -Aetna (Common) | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 6.  -Affiliated Managers Group Inc (Common) | A | Dividend | J | T | Buy (add'l) | 09/25/15 | J | | |
| 7.  -AGL Resources Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 8.  -Alaska Air Group (Common) | A | Dividend | | | Buy | 09/25/15 | J | | |
| 9. | | | | | Sold | 10/08/15 | J | | |
| 10.  -Allergan Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 11.  -Alliance Bernstein Cash (Fund) | | None | | | Closed | 08/31/15 | P1 | | |
| 12.  -Allstate Corp (Common) | A | Dividend | M | T | Buy (add'l) | 01/08/15 | J | | |
| 13. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 14. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 15. | | | | | Sold (part) | 03/30/15 | J | A | |
| 16. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 17. | | | | | Buy (add'l) | 08/06/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 19. | | | | | Sold (part) | 09/24/15 | J | | |
| 20. -Altria Group Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 21. -Amdocs Ltd (Common) (Y) | | | | | | | | | |
| 22. -American Electric Power (Common) (Y) | | | | | | | | | |
| 23. -American Express Co. (Common) | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 24. -American International Group (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 25. -American Tower Corp (Common) (Y) | | | | | | | | | |
| 26. -Ametek, Inc (Common) | | None | | | Buy | 09/25/15 | J | | |
| 27. | | | | | Sold | 10/06/15 | J | A | |
| 28. -Amphenol Corp (Common) (Y) | | | | | | | | | |
| 29. -Ansys Inc (Common) | | None | | | Sold | 09/25/15 | J | A | |
| 30. -Anthem Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 31. -AON PLC (Common) | A | Dividend | | | Sold | 10/06/15 | J | A | |
| 32. -Apple Inc (Common) | A | Dividend | | | Buy (add'l) | 06/19/15 | J | | |
| 33. | | | | | Sold (part) | 03/30/15 | J | A | |
| 34. | | | | | Sold | 09/25/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Applied Materials Inc (Common)(X) | A | Dividend | | | Sold | 09/25/15 | J | | |
| 36. -Assurant Inc (Common) (Y) | | | | | | | | | |
| 37. -Autozone Inc (Common) (Y) | | | | | | | | | |
| 38. -Ball Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 39. -Bank of America Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 40. -Becton Dickinson & Co (Common) | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 41. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 42. -Bed Bath & Beyond Inc (Common) | | None | | | Buy | 09/25/15 | J | | |
| 43. | | | | | Sold | 10/29/15 | J | | |
| 44. -Bernstein Diversified Municipal Portfolio | B | Dividend | | | Buy (add'l) | 05/13/15 | J | | |
| 45. | | | | | Sold (part) | 03/30/15 | K | A | |
| 46. | | | | | Sold (part) | 04/14/15 | J | A | |
| 47. | | | | | Sold | 08/31/15 | M | | |
| 48. -Bernstein Emerging Markets Portfolios | | None | | | Sold (part) | 04/14/15 | J | A | |
| 49. | | | | | Sold | 08/31/15 | J | B | |
| 50. -Bernstein Multi Manager Hedge Fund Portfolio | | None | | | Sold | 08/31/15 | J | | |
| 51. -Bernstein Tax-Managed International Portfolio | | None | | | Sold (part) | 03/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/14/15 | J | | |
| 53. | | | | | Sold | 08/31/15 | L | C | |
| 54. -Biogen Idec Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 55. -Boeing Co (Common) | A | Dividend | J | T | Sold (part) | 01/02/15 | J | A | |
| 56. -Booz Allen Hamilton Holdings (Common) (Y) | | | | | | | | | |
| 57. -Brocade Communications Sys (Common) (Y) | | | | | | | | | |
| 58. -Capital One Financial Corp(Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 59. -Carlisle Companies Inc (Common) | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 60. -Celanese Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 61. -CF Industries Holdings (Common) | A | Dividend | J | T | Buy | 05/18/15 | J | | |
| 62. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 63. -Chubb Corp (Common) (Y) | | | | | | | | | |
| 64. -Cigna Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 65. -Citizens First Bancorp Inc (Common) | A | Dividend | J | T | | | | | |
| 66. -Cognizant Technology Solutions Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 67. -Comcast Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | B | |
| 68. -The Cooper Companies Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Costco Wholesale Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 70.  -CSX Corp (Common) | C | Dividend | M | T | | | | | |
| 71.  -CVS/Caremark Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 72.  -Danaher Corp (Common) | A | Dividend | J | T | Buy (add'l) | 09/25/15 | J | | |
| 73.  -Delta Airlines Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 74.  -D.R. Horton Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 75.  -Dicks Sporting Goods (Common) | | None | | | Buy | 09/25/15 | J | | |
| 76. | | | | | Sold | 10/29/15 | J | | |
| 77.  -Discover Financial Services (Common) | B | Dividend | M | T | Buy (add'l) | 04/21/15 | J | | |
| 78. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 79.  -Dollar General Corp (Common) | A | Dividend | J | T | Buy (add'l) | 09/25/15 | J | | |
| 80.  -Dow Chemical Co (Common) | A | Dividend | | | Sold | 02/03/15 | J | A | |
| 81.  -Dr Pepper Snapple Group Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 82.  -DTE Energy Co (Common) | D | Dividend | N | T | | | | | |
| 83.  -EBay Inc (Common) | | None | | | Sold | 09/25/15 | J | A | |
| 84.  -Edison International Common)(X) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 85.  -Electronic Arts Inc (Common) | | None | | | Sold | 09/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -EMC Corp (Common)(Y) | | | | | | | | | |
| 87. -EOG Resources (Common) | | None | | | Buy | 08/18/15 | J | | |
| 88. | | | | | Sold | 09/25/15 | J | | |
| 89. -Estee Lauder Companies (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 90. -Everest Re Group LTD (Common)(Y) | | | | | | | | | |
| 91. -Eversource Energy (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 92. -Express Scripts Holding Co (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 93. -Exxon Mobil Corp (Common) | C | Dividend | L | T | | | | | |
| 94. -F5 Networks Inc (Common)(Y) | | | | | | | | | |
| 95. -Facebook Inc (Common) | | None | | | Sold | 09/25/15 | J | A | |
| 96. -Fidelity National Information Systems (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 97. -Fiserv Inc (Common) | | None | | | Sold | 09/25/15 | J | A | |
| 98. -FMC Technologies, Inc (Common) | | None | J | T | Buy | 09/25/15 | J | | |
| 99. -Fossil Group (Common) | | None | | | Buy | 09/25/15 | J | | |
| 100. | | | | | Sold | 10/06/15 | J | | |
| 101. -Gamestop Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 102. -General Dynamics Corp (Common) | A | Dividend | J | T | Buy | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Gilead Sciences Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 104. -Google Inc (Common) | | None | | | Sold (part) | 03/30/15 | J | A | |
| 105. | | | | | Sold | 09/25/15 | J | C | |
| 106. -Hasbro Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 107. -Hess Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | | |
| 108. -Hewlett Packard Co (Common) | A | Dividend | | | Sold | 09/25/15 | J | | |
| 109. -Home Depot Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | B | |
| 110. -Intel Corp (Common) | A | Dividend | | | Buy | 01/29/15 | J | | |
| 111. | | | | | Sold | 07/30/15 | J | | |
| 112. -Intercontinental Exchange Inc (Common) (Y) | | | | | | | | | |
| 113. -Intuitive Surgical Inc (Common) | | None | | | Sold | 09/25/15 | J | A | |
| 114. -iShares iBonds Sep 2016 Term Muni Bond | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 115. | | | | | Sold (part) | 10/29/15 | J | | |
| 116. | | | | | Sold (part) | 12/08/15 | J | | |
| 117. -iShares iBonds Sep 2017 Term Muni Bond | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 118. | | | | | Sold (part) | 12/08/15 | J | | |
| 119. -iShares Short-Term National Muni Bond | A | Dividend | K | T | Buy | 09/25/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ITT Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | | |
| 121. -Johnson &Johnson (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 122. -Jones Lang LaSalle Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 123. -JP Morgan Chase & Co (Common) | A | Dividend | | | Sold | 02/17/15 | J | | |
| 124. -Kirby Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 125. -Kohls Corp (Common) | A | Dividend | | | Buy | 03/19/15 | J | | |
| 126. | | | | | Sold | 09/25/15 | J | | |
| 127. -Kroger Co (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 128. -L-3 Communications Holdings (Common) | A | Dividend | | | Sold | 09/25/15 | J | | |
| 129. -Laboratory Corp of America Holdings (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 130. -Lennar Corp (Common) | | None | J | T | Buy | 09/25/15 | J | | |
| 131. -Lincoln National (Common)(Y) | | | | | | | | | |
| 132. -Lockheed Martin Corp (Common) | A | Dividend | | | Sold | 06/18/15 | J | A | |
| 133. -Lorillard Inc (Common)(Y) | | | | | | | | | |
| 134. -Lyondellbasell Industries (Common) | A | Dividend | | | Buy (add'l) | 02/19/15 | J | | |
| 135. | | | | | Sold | 09/25/15 | J | A | |
| 136. -Magna International Inc (Common) | A | Dividend | | | Buy | 08/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 09/25/15 | J | | |
| 138. -Market Vectors ETF | | None | | | Buy | 09/25/15 | J | | |
| 139. | | | | | Sold | 10/13/15 | K | | |
| 140. -Marsh & McLennan Cos Inc (Common) | | None | | | Buy | 09/25/15 | J | | |
| 141. | | | | | Sold | 10/06/15 | J | A | |
| 142. -McKesson Corp (Common) | A | Dividend | | | Buy (add'l) | 01/08/15 | L | | |
| 143. | | | | | Sold | 10/29/15 | J | | |
| 144. -Meade Johnson Nutrition Co (Common)(Y) | | | | | | | | | |
| 145. -Medtronic Inc (Common) | A | Dividend | | | Buy (add'l) | 01/27/15 | J | | |
| 146. | | | | | Sold (part) | 01/27/15 | J | A | |
| 147. | | | | | Sold | 09/25/15 | J | | |
| 148. -Merck & Co Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 149. -Microsoft Corp (Common) | A | Dividend | | | Sold (part) | 01/28/15 | J | | |
| 150. | | | | | Sold | 09/25/15 | J | A | |
| 151. -Monsanto Co (Common)(Y) | | | | | | | | | |
| 152. -Monster Beverage Corp (Common) | | None | | | Sold | 09/25/15 | J | A | |
| 153. -Morgan Stanley (Common) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -NCR Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 155. -Nike Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 156. -NXP Semiconductors (Common)(Y) | | | | | | | | | |
| 157. -Occidental Petroleum Corp (Common) | A | Dividend | | | Sold | 05/08/15 | J | | |
| 158. -Office Depot Inc (Common)(Y) | | | | | | | | | |
| 159. -Oracle Corp (Common)(Y) | | | | | | | | | |
| 160. -Partnerre LTD (Common)(Y) | | | | | | | | | |
| 161. -Pentair PLC (Common) | D | Dividend | M | T | | | | | |
| 162. -Pepsico Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 163. -Pfizer Inc (Common) | A | Dividend | | | Sold (part) | 03/30/15 | J | A | |
| 164. | | | | | Sold | 09/25/15 | J | B | |
| 165. -Philip Morris International (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 166. -PIMCO Intermediate Municipal Bd Actv ETF | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 167. -PIMCO Short Term Municipal Bond Actv ETF | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 168. -Polaris Industries Inc (Common)(Y) | | | | | | | | | |
| 169. -PowerShares NY ETF | | None | | | Buy | 10/13/15 | K | | |
| 170. | | | | | Sold | 10/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -PowerShares Calif AMT-Free Muni Bd ETF | A | Dividend | K | T | Buy | 11/10/15 | J | | |
| 172. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 173. -PowerShares VRDO Tax-Free Weekly ETF | A | Dividend | J | T | Buy | 09/25/15 | K | | |
| 174. -Precision Castparts Corp (Common)(Y) | | | | | | | | | |
| 175. -Priceline Group Inc (Common) | | None | | | Sold (part) | 03/30/15 | J | A | |
| 176. | | | | | Sold | 09/25/15 | J | A | |
| 177. -Quintiles Transnational Holdings (Common) | | None | | | Sold | 09/25/15 | J | A | |
| 178. -Raytheon Co (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 179. -Reliance Steel & Aluminum Co (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 180. -Rockwell Collins Inc (Common) | A | Dividend | | | Buy | 08/04/15 | J | | |
| 181. | | | | | Sold | 09/24/15 | J | | |
| 182. -Ross Stores Inc (Common) | A | Dividend | J | T | Buy | 04/09/15 | J | | |
| 183. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 184. -Schlumbergr LTD (Common) | A | Dividend | J | T | Buy (add'l) | 09/25/15 | J | | |
| 185. -Servicenow Inc (Common)(Y) | | | | | | | | | |
| 186. -Sherwin Williams Co (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 187. -Sirona Dental Systems Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -SLM Corp (Common)(Y) | | | | | | | | | |
| 189.  -SPDR Nuveen Barclays California ETF | A | Dividend | | | Buy | 09/25/15 | K | | |
| 190. | | | | | Sold (part) | 11/10/15 | K | | |
| 191. | | | | | Sold | 12/08/15 | J | A | |
| 192.  -SPDR Nuveen Barclays Municipal Bond ETF | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 193.  -SPDR Nuveen Barclays Short Term Muni Bd ETF | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 194.  -Starbucks Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 195.  -Tax-Aware Overlay (Common) | A | Dividend | | | Sold (part) | 03/30/15 | K | B | |
| 196. | | | | | Sold (part) | 04/14/15 | K | B | |
| 197. | | | | | Sold | 08/31/15 | M | D | |
| 198.  -TE Connectivity Ltd (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 199.  -Teradyne Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 200.  -Tiffany & Co (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 201.  -Time Warner Inc (Common) | A | Dividend | J | T | Buy (add'l) | 09/07/15 | J | | |
| 202. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 203. | | | | | Sold (part) | 09/25/15 | J | A | |
| 204.  -TJX Companies Inc (Common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Towers Watson & Co (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 206.  -Twenty-First Century Fox (Common)(Y) | | | | | | | | | |
| 207.  -Union Pacific Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 208.  -United Technologies Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 209.  -UnitedHealth Group Inc (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 210.  -Urban Outfitters, Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 211.  -US Bancorp (Common) | A | Dividend | | | Buy (add'l) | 01/07/15 | J | | |
| 212. | | | | | Sold | 09/25/15 | J | A | |
| 213.  -Valero Energy Corp (Common) | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 214.  -VanEck Vectors High-Yield Municipal ETF | A | Dividend | J | T | Buy | 12/08/15 | J | | |
| 215.  -VanEck Vectors AMT-Free Short Municipal Index ETF | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 216.  -Verizon Communications Inc (Common) | A | Dividend | | | Sold | 03/30/15 | J | A | |
| 217.  -VF Corp (Common) | A | Dividend | | | Buy | 01/15/15 | J | | |
| 218. | | | | | Sold | 03/31/15 | J | | |
| 219.  -Visa Inc (Common) | A | Dividend | | | Sold | 09/24/15 | J | B | |
| 220.  -The Walt Disney Co (Common) | A | Dividend | | | Sold | 09/25/15 | J | B | |
| 221.  -Wells Fargo & Company (Common) | A | Dividend | | | Sold | 09/25/15 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Wells Fargo Sweep Account | A | Int./Div. | M | T | Open | 09/03/15 | P1 | | |
| 223.  -Westlake Chemical Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 224.  -Wheels Group, Inc (Common) | A | Dividend | | | Sold | 04/16/15 | J | | |
| 225.  -Whirlpool Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 226.  -W.W. Grainger Inc (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 227.  -Wyndham Worldwide Corp (Common) | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 228.  -Xerox Corp (Common)(Y) | | | | | | | | | |
| 229.  S2 (H) | | | | | | | | | |
| 230.  -DFA International Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 231.  -DFA International Value Fund | B | Dividend | K | T | | | | | |
| 232.  -DFA US Large Cap Growth Fund | B | Dividend | L | T | | | | | |
| 233.  -DFA US Large Cap Value Fund | B | Dividend | L | T | | | | | |
| 234.  -DFA US Small Cap Growth Fund | A | Dividend | K | T | Sold (part) | 08/05/15 | J | B | |
| 235.  -DFA US Vector Equity Fund | A | Dividend | K | T | | | | | |
| 236.  -Fidelity Government Cash Reserves (X) | A | Int./Div. | J | T | | | | | |
| 237.  -Goldman Sachs Rising Dividend Fund | A | Dividend | K | T | | | | | |
| 238.  -Hennessy Cornerstone Mid Cap 30 Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -JOHCM International Select Fund | A | Dividend | K | T | Buy | 06/10/15 | K | | |
| 240. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 241.  -Matthews Asian Growth & Income Fund | A | Dividend | J | T | | | | | |
| 242.  -Touchstone Sand Capital Inst Fund | | None | | | Sold | 06/10/15 | K | D | |
| 243.  -Wheels Group Inc (common) | | None | | | Sold | 04/14/15 | J | | |
| 244.  IRA 1 (H) | | | | | | | | | |
| 245.  -American Funds New Perspect Fund | A | Dividend | L | T | | | | | |
| 246.  -DFA Emerging Mkt Core Equity Fund | B | Dividend | L | T | | | | | |
| 247.  -DFA International Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 248.  -DFA International Value Fund | C | Dividend | L | T | | | | | |
| 249.  -DFA US Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 250.  -DFA US Large Cap Value Fund | A | Dividend | K | T | | | | | |
| 251.  -DFA US Small Cap Growth Fund | A | Dividend | L | T | | | | | |
| 252.  -DFA US Vector Equity Fund | B | Dividend | L | T | | | | | |
| 253.  -Fidelity Government Cash Reserves (X) | A | Int./Div. | K | T | | | | | |
| 254.  -Goldman Sachs Rising Dividend Gr Instl Fund | A | Dividend | K | T | | | | | |
| 255.  -Hodges Small Intrinsic Value Ret Fund | A | Dividend | L | T | Buy | 06/10/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Hodges Small Cap Fund | | None | | | Sold | 06/10/15 | L | | |
| 257. -JPMorgan Intrepid European Inst Fund | A | Dividend | K | T | Buy | 02/17/15 | K | | |
| 258. -Matthews Asian Growth & Income Fund | A | Dividend | J | T | Sold | 02/17/15 | J | | |
| 259. | | | | | Buy | 06/26/15 | J | | |
| 260. IRA 2 (H) | | | | | | | | | |
| 261. -American Funds New Perspect | A | Dividend | K | T | | | | | |
| 262. -DFA International Value Fund | A | Dividend | J | T | | | | | |
| 263. -Matthews Asian Growth & Income Fund | A | Dividend | K | T | Buy (add'l) | 12/28/15 | J | | |
| 264. FR 1 (H) | | | | | | | | | |
| 265. -3M Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 266. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 267. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 268. -Aarons Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 269. -AB Discovery Growth Fund | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 270. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 271. | | | | | Sold (part) | 04/14/15 | J | A | |
| 272. | | | | | Sold | 09/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -AB Discovery Value Fund | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 274. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 275. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 276. | | | | | Sold | 10/14/15 | K | | |
| 277.  -Ace Limited (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 278.  -Actiavis PLC (Common) (Y) | | | | | | | | | |
| 279.  -Aetna (Common) | A | Dividend | J | T | Sold (part) | 06/24/15 | J | C | |
| 280.  -Affiliated Managers Group Inc (Common) | | None | | | Buy (add'l) | 01/07/15 | J | | |
| 281. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 282. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 283. | | | | | Sold (part) | 04/14/15 | J | A | |
| 284. | | | | | Sold (part) | 06/03/15 | J | B | |
| 285. | | | | | Sold | 06/10/15 | J | B | |
| 286.  -Allergan, Inc (Common) | | None | J | T | Sold (part) | 02/05/15 | J | D | |
| 287. | | | | | Sold (part) | 08/13/15 | J | B | |
| 288. | | | | | Sold | 09/24/15 | J | C | |
| 289. | | | | | Buy | 09/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 291. -Alliance Bernstein Cash (Fund) | | None | | | Closed | 08/31/15 | P1 | | |
| 292. -Alliant Energy Corp (Common) | A | Dividend | J | T | Buy | 07/10/15 | J | | |
| 293. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 294. -Altria Group Inc (Common) | A | Dividend | | | Buy (add'l) | 08/25/15 | J | | |
| 295. | | | | | Sold | 09/24/15 | J | B | |
| 296. -Amdocs Ltd (Common) | A | Dividend | | | Sold | 09/24/15 | J | C | |
| 297. -American Electric Power (Common) | A | Dividend | | | Sold (part) | 02/13/15 | J | A | |
| 298. | | | | | Sold | 09/24/15 | J | A | |
| 299. -American Express (Common) | A | Dividend | | | Sold (part) | 01/07/15 | K | B | |
| 300. | | | | | Sold | 01/23/15 | J | | |
| 301. -American International Group (Common) | A | Dividend | K | T | Sold (part) | 04/14/15 | J | A | |
| 302. | | | | | Sold (part) | 05/28/15 | J | A | |
| 303. | | | | | Sold (part) | 08/31/15 | J | A | |
| 304. -American Tower Corp (Common) | A | Dividend | J | T | Sold (part) | 05/28/15 | J | A | |
| 305. | | | | | Sold (part) | 05/29/15 | J | A | |
| 306. | | | | | Sold (part) | 06/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 06/05/15 | J | A | |
| 308. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 309.  -Ametek Inc (Common) | | None | | | Buy | 08/24/15 | J | | |
| 310. | | | | | Sold | 10/07/15 | J | A | |
| 311.  -Amphenol Corp (Common) | A | Dividend | | | Sold | 09/24/15 | J | A | |
| 312.  -Analogic Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 313.  -Ansys Inc (Common) | | None | | | Sold (part) | 08/25/15 | J | A | |
| 314. | | | | | Sold | 09/24/15 | J | C | |
| 315.  -Anthem Inc (Common) | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 316.  -Aon PLC (Common) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 317. | | | | | Sold (part) | 04/14/15 | J | | |
| 318. | | | | | Sold (part) | 08/24/15 | J | A | |
| 319.  -Apartment Investment & Management Co (Common) | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 320. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 321.  -Apple Inc (Common) | A | Dividend | K | T | Buy (add'l) | 03/10/15 | J | | |
| 322. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 323. | | | | | Sold (part) | 04/14/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Applied Material Inc (Common) | A | Dividend | | | Buy | 06/08/15 | J | | |
| 325. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 326. | | | | | Sold | 09/24/15 | J | | |
| 327. -Assurant (Common) | A | Dividend | | | Sold (part) | 01/16/15 | J | | |
| 328. | | | | | Sold | 02/19/15 | J | | |
| 329. -AT&T Inc (Common) (Y) | | | | | | | | | |
| 330. -Autozone Inc (Common) | | None | | | Sold (part) | 07/14/15 | J | A | |
| 331. | | | | | Sold | 09/24/15 | J | B | |
| 332. -Avery Dennison Corp (Common) | | None | | | Buy | 09/24/15 | K | | |
| 333. | | | | | Sold (part) | 10/12/15 | K | A | |
| 334. | | | | | Sold | 10/14/15 | J | A | |
| 335. -Ball Corp (Common) | A | Dividend | | | Sold | 09/24/15 | J | | |
| 336. -Bank of America Corp (Common) | A | Dividend | K | T | Buy (add'l) | 07/22/15 | J | | |
| 337. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 338. -Bank of New York Mellon Corp (Common) | A | Dividend | K | T | Buy | 09/24/15 | J | | |
| 339. -Becton Dickinson & Co (Common) | A | Dividend | J | T | Sold | 01/06/15 | J | C | |
| 340. | | | | | Buy | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Bernstein Diversified Municipal Portfolio- | D | Dividend | | | Sold | 08/31/15 | N | | |
| 342. -Bernstein Emerging Markets Portfolio | | None | | | Sold | 08/31/15 | K | | |
| 343. -Bernstein Tax-Managed International Portfolio | | None | | | Sold | 08/31/15 | N | | |
| 344. -Big Lots Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | J | | |
| 345. -Biogen Idec Inc (Common) | | None | J | T | Buy (add'l) | 11/04/15 | J | | |
| 346. -Boeing Co (Common) | A | Dividend | K | T | Sold (part) | 01/02/15 | J | B | |
| 347. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 348. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 349. -Booz Allen Hamilton Holdings (Common) | A | Dividend | | | Sold | 04/27/15 | J | A | |
| 350. -Brocade Communications Sys (Common) | A | Dividend | | | Sold | 09/24/15 | J | A | |
| 351. -CadenceDesign Systems (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 352. -Capital One Financial Corp (Common) | A | Dividend | | | Sold (part) | 04/14/15 | J | | |
| 353. | | | | | Sold | 09/24/15 | J | | |
| 354. -Cardinal Health Inc (Common) | A | Dividend | K | T | Buy | 11/09/15 | K | | |
| 355. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 356. -Casey's General Stores Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 357. -Cato Corp (Common) | A | Dividend | J | T | Buy | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Celanese Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 359.  -Centene Corp (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 360.  -Cerner Corp (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 361.  -CF Industries Holdings Inc (Common) | | None | | | Buy | 04/15/15 | J | | |
| 362. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 363. | | | | | Sold | 09/24/15 | J | | |
| 364.  -Chemed Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 365.  -Cigna Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 366.  -Cintas Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 367.  -Cirrus Logic Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 368.  -Chubb Corp (Common) | A | Dividend | | | Sold (part) | 03/18/15 | J | | |
| 369. | | | | | Sold (part) | 03/23/15 | J | A | |
| 370. | | | | | Sold (part) | 03/26/15 | J | A | |
| 371. | | | | | Sold | 04/10/15 | J | A | |
| 372.  -Cognizant Technology Solutions Corp (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 373.  -Coherent Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 374.  -Comcast Corp (Common) | A | Dividend | K | T | Sold (part) | 03/03/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 04/14/15 | J | A | |
| 376. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 377. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 378. -Conagra Foods Inc (Common) (Y) | | | | | | | | | |
| 379. -Costco Wholesale Corp (Common) | A | Dividend | | | Sold (part) | 04/14/15 | J | A | |
| 380. | | | | | Sold (part) | 08/24/15 | J | A | |
| 381. | | | | | Sold | 09/24/15 | J | B | |
| 382. -Crane Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 383. -CSX Corp (Common) | | None | | | Buy | 09/24/15 | K | | |
| 384. | | | | | Sold (part) | 11/09/15 | K | A | |
| 385. | | | | | Sold | 11/11/15 | J | A | |
| 386. -CVS/Caremark Corp (Common) | A | Dividend | K | T | Buy (add'l) | 03/20/15 | J | | |
| 387. | | | | | Buy (add'l) | 09/24/15 | K | | |
| 388. -Cyberonics Inc (Common) | | None | | | Buy | 09/24/15 | J | | |
| 389. | | | | | Sold | 10/19/15 | J | | |
| 390. -Danaher Corp (Common) | A | Dividend | K | W | Buy (add'l) | 01/06/15 | J | | |
| 391. | | | | | Buy (add'l) | 03/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Deckers Outdoor Corp (Common) | | None | J | T | Buy | 11/04/15 | J | | |
| 393. -Deere & Co (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 394. -Delphi Automotive PLC (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 395. -Delta Airlines Inc (Common) | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 396. | | | | | Sold | 09/24/15 | J | B | |
| 397. -Dick's Sporting Goods Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 398. -Discovery Financial Services (Common) | A | Dividend | | | Buy | 04/29/15 | J | | |
| 399. | | | | | Sold | 09/24/15 | J | | |
| 400. -Dollar General Corp (Common) | A | Dividend | K | T | Buy (add'l) | 03/23/15 | J | | |
| 401. -Dow Chemical Co (Common) | A | Dividend | J | T | Sold (part) | 01/29/15 | J | | |
| 402. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 403. -Dr Pepper Snapple Group Inc (Common) | A | Dividend | | | Sold | 09/24/15 | J | C | |
| 404. -EBay Inc (Common) | | None | | | Buy (add'l) | 01/30/15 | J | | |
| 405. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 406. | | | | | Sold | 09/24/15 | J | A | |
| 407. -Ecolab Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 408. -Edison International (Common) | A | Dividend | J | T | Buy | 06/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 410. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 411. -Equifax Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 412. -Electronic Arts Inc (Common) | | None | J | T | Sold (part) | 07/22/15 | J | C | |
| 413. | | | | | Sold (part) | 08/13/15 | J | C | |
| 414. -EMC Corp (Common) | A | Dividend | | | Buy (add'l) | 02/19/15 | J | | |
| 415. | | | | | Sold | 09/24/15 | J | | |
| 416. -EOG Resources Inc (Common) | A | Dividend | J | T | Sold (part) | 03/10/15 | J | | |
| 417. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 418. -Estee Lauder Companies (Common) | A | Dividend | | | Buy (add'l) | 08/25/15 | J | | |
| 419. | | | | | Sold | 09/24/15 | J | A | |
| 420. -Everest Re Group Ltd (Common) | | None | | | Sold (part) | 01/13/15 | J | A | |
| 421. | | | | | Sold | 02/20/15 | J | B | |
| 422. -F5 Networks Inc (Common) | | None | J | T | Buy (add'l) | 09/24/15 | J | | |
| 423. | | | | | Sold (part) | 09/25/15 | J | A | |
| 424. -Facebook Inc (Common) | | None | | | Buy (add'l) | 01/07/15 | J | | |
| 425. | | | | | Buy (add'l) | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 427. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 428. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 429. | | | | | Sold | 09/24/15 | K | C | |
| 430. -FEI Co (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 431. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 432. -Fidelity National Information Services (Common) | A | Dividend | | | Sold (part) | 04/28/15 | J | C | |
| 433. | | | | | Sold | 09/24/15 | J | B | |
| 434. -Fiserv Inc (Common) | | None | | | Sold | 09/24/15 | J | B | |
| 435. -Fleetcor Technologies Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 436. -Foot Locker Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 437. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 438. -Ford Motor Co (Common) | | None | | | Buy | 09/24/15 | J | | |
| 439. | | | | | Sold | 09/30/15 | J | | |
| 440. -Fossil Group (Common) | | None | | | Buy | 09/24/15 | J | | |
| 441. | | | | | Sold | 10/07/15 | J | | |
| 442. -Gamestop Corp (Common) | A | Dividend | | | Sold | 09/24/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Gap Inc (Common) | | None | | | Buy | 09/24/15 | J | | |
| 444. | | | | | Sold | 10/07/15 | J | | |
| 445. -General Electric Co (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 446. -Gilead Sciences Inc (Common) | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 447. | | | | | Sold (part) | 09/24/15 | K | D | |
| 448. -Global X MSCI Norway ETF (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 449. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 450. -Goldman Sachs Group Inc (Common) | A | Dividend | J | T | Sold (part) | 04/16/15 | J | B | |
| 451. -Google Inc (Common) | | None | J | T | Buy (add'l) | 02/11/15 | J | | |
| 452. | | | | | Sold (part) | 09/24/15 | K | D | |
| 453. -Halliburton Co (Common) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 454. -Harman International Industries Inc (Common) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 455. -Harris Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 456. -The Hartford Financial Services Group Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 457. -Hasbro Inc(Common) | | None | | | Sold | 09/24/15 | K | | |
| 458. -Health Net Inc (Common) | | None | | | Sold | 02/23/15 | J | B | |
| 459. -Helen Of Troy Ltd (Common) | | None | J | T | Buy | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.   -Hess (Common) | A | Dividend | | | Buy (add'l) | 03/11/15 | J | | |
| 461. | | | | | Sold (part) | 07/06/15 | J | | |
| 462. | | | | | Sold (part) | 07/21/15 | J | | |
| 463. | | | | | Sold | 09/24/15 | J | | |
| 464.   -Hewlett Packard Co (Common) | A | Dividend | | | Sold | 09/24/15 | K | | |
| 465.   -Hibbett Sports Inc (Common) | | None | | | Buy | 09/24/15 | J | | |
| 466. | | | | | Sold | 10/07/15 | J | | |
| 467.   -Home Depot Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 468.   -Honeywell International Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | J | | |
| 469. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 470. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 471.   -Huntington Bancshares (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 472.   -Illinois Tool Works Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 473. | | | | | Buy (add'l) | 10/08/15 | K | | |
| 474.   -Illulmina Inc (Common) | | None | | | Buy | 09/24/15 | J | | |
| 475. | | | | | Sold | 11/04/15 | J | | |
| 476.   -Innospec Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 478. -Intel Corp (Common) | A | Dividend | | | Buy | 01/29/15 | J | | |
| 479. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 480. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 481. | | | | | Sold | 07/24/15 | J | | |
| 482. -Intercontinental Exchange Inc (Common) | A | Dividend | J | T | Sold (part) | 03/20/15 | J | A | |
| 483. | | | | | Sold (part) | 03/23/15 | J | B | |
| 484. | | | | | Sold | 04/10/15 | J | B | |
| 485. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 486. -The Interpublic Group of Companies Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 487. -Intuit (Common) | A | Dividend | | | Buy | 09/24/15 | J | | |
| 488. | | | | | Sold (part) | 11/09/15 | K | B | |
| 489. | | | | | Sold | 11/11/15 | J | A | |
| 490. -Intuitive Surgical Inc (Common) | | None | | | Sold | 09/24/15 | J | B | |
| 491. -Investors Bancorp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 492. -IPG Photonics Corp (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 493. -iShares 3-7 Year Treasury Bond | A | Dividend | K | T | Buy | 09/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 10/13/15 | K | A | |
| 495.  -iShares 7-10 Year Treasury Bond | A | Dividend | | | Buy | 09/24/15 | J | | |
| 496. | | | | | Sold (part) | 10/13/15 | J | A | |
| 497. | | | | | Sold | 12/08/15 | J | | |
| 498.  -iShares 10+ Year Credit Bond Fund | B | Dividend | K | T | Buy | 10/13/15 | J | | |
| 499. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 500.  -iShares 10-20 Year Treasury Bond | A | Dividend | K | T | Buy | 09/24/15 | J | | |
| 501. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 502. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 503. | | | | | Sold (part) | 11/10/15 | J | | |
| 504. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 505.  -iShares Barclays 1-3 Year Treasury Bond Fund | A | Interest | K | T | Buy | 09/24/15 | K | | |
| 506.  -iShares Barclays 7-10 Year Treasury Bond Fund | A | Interest | K | T | Buy | 09/24/15 | K | | |
| 507. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 508. | | | | | Sold (part) | 12/08/15 | J | | |
| 509.  -iShares Barclays Short Treasury Bond Fund | A | Dividend | | | Buy | 09/24/15 | J | | |
| 510. | | | | | Buy (add'l) | 10/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 12/08/15 | J | | |
| 512. -iShares Core US Aggregate Bond ETF | A | Dividend | | | Buy | 10/13/15 | J | | |
| 513. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 514. | | | | | Sold | 12/08/15 | K | | |
| 515. -iShares Core US Credit Bond | A | Dividend | | | Buy | 09/24/15 | J | | |
| 516. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 517. | | | | | Sold | 12/08/15 | J | | |
| 518. -iShares U.S. Credit Bond ETF | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 519. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 520. | | | | | Sold (part) | 12/08/15 | J | | |
| 521. -iShares IBoxx & Investment Grade Corp Bond | A | Dividend | | | Buy | 09/24/15 | J | | |
| 522. | | | | | Sold (part) | 10/13/15 | J | | |
| 523. | | | | | Sold | 12/08/15 | J | | |
| 524. -iShares Lehman 10-20 Yr Treasury Bond | A | Interest | K | T | Buy | 09/24/15 | J | | |
| 525. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 526. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 527. | | | | | Buy (add'l) | 12/08/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -iShares MBS ETF | A | Dividend | | | Buy | 09/24/15 | J | | |
| 529. | | | | | Sold | 10/13/15 | J | A | |
| 530.  -iShares MSCI Belguim ETF | | None | | | Buy | 10/14/15 | J | | |
| 531. | | | | | Sold | 11/11/15 | J | A | |
| 532.  -iShares MSCI Cananda ETF | | None | | | Buy | 10/14/15 | J | | |
| 533. | | | | | Sold | 11/11/15 | J | | |
| 534.  -iShares MSCI EAFE Value ETF | B | Dividend | J | T | Buy | 09/24/15 | J | | |
| 535.  -iShares MSCI EAFE ETF | A | Dividend | L | T | Buy | 10/14/15 | L | | |
| 536.  -iShares MSCI Australia ETF | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 537. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 538.  -iShares MSCI France ETF | | None | | | Buy | 09/24/15 | J | | |
| 539. | | | | | Sold | 10/14/15 | J | A | |
| 540.  -iShares MSCI Hong Kong ETF | | None | | | Buy | 11/11/15 | J | | |
| 541. | | | | | Sold | 12/09/15 | J | | |
| 542.  -iShares MSCI Italy ETF | | None | | | Buy | 09/24/15 | J | | |
| 543. | | | | | Sold | 10/14/15 | J | A | |
| 544.  -iShares MSCI Netherlands ETF | | None | | | Buy | 10/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold | 11/11/15 | J | A | |
| 546. -iShares MSCI Singapore ETF | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 547. -iShares MSCI Spain Capped | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 548. -iShares MSCI Sweden ETF | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 549. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 550. | | | | | Sold (part) | 11/11/15 | J | A | |
| 551. | | | | | Sold (part) | 12/09/15 | J | A | |
| 552. -iShares MSCI Switzerland ETF | | None | | | Buy | 10/14/15 | J | | |
| 553. | | | | | Sold | 11/11/15 | J | A | |
| 554. -iShares MSCI United Kingdom ETF | A | Dividend | K | T | Buy | 12/09/15 | K | | |
| 555. -iShares Short Treasury Bond ETF | A | Dividend | | | Buy | 09/24/15 | K | | |
| 556. | | | | | Sold | 12/08/15 | K | | |
| 557. -ITT Inc (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 558. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 559. -JetBlue Airways (Common) | | None | | | Buy | 07/20/15 | J | | |
| 560. | | | | | Sold | 09/24/15 | J | A | |
| 561. -Johnson & Johnson (Common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 61

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

02/02/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Jones Lang LaSalle Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 563. -JP Morgan Chase & Co (Common) | A | Dividend | J | T | Sold (part) | 01/07/15 | J | A | |
| 564. | | | | | Sold (part) | 02/17/15 | J | B | |
| 565. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 566. -Jupiter Networks Inc (Common) | A | Dividend | J | T | Buy | 10/06/15 | J | | |
| 567. -Kellogg Co (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 568. -Kimberly Clark Corp (Common) | A | Dividend | | | Buy | 02/13/15 | J | | |
| 569. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 570. | | | | | Sold | 09/24/15 | J | | |
| 571. -KLA-Tencor Corp (Common) | | None | | | Buy | 09/24/15 | J | | |
| 572. | | | | | Sold | 10/07/15 | J | | |
| 573. -Kohls Corp (Common) | A | Dividend | | | Buy | 03/19/15 | J | | |
| 574. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 575. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 576. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 577. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 578. | | | | | Sold | 09/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. -Kroger Co (Common) | A | Dividend | K | T | Sold (part) | 01/02/15 | J | A | |
| 580. | | | | | Sold (part) | 03/03/15 | J | B | |
| 581. | | | | | Sold (part) | 04/14/15 | J | B | |
| 582. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 583. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 584. -L Brands (Common) | A | Dividend | | | Buy | 03/25/15 | J | | |
| 585. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 586. | | | | | Sold | 09/24/15 | J | | |
| 587. -L-3 Communications Holdings (Common) | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 588. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 589. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 590. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 591. | | | | | Sold | 09/24/15 | J | | |
| 592. -Laboratory of America Holdings (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 593. -Lear Corp (Common) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 594. -Leggett & Platt Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 595. -Lennar Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Linear Technology Corp (Common) | A | Dividend | | | Buy | 01/21/15 | J | | |
| 597. | | | | | Buy (add'l) | 01/26/15 | J | | |
| 598. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 599. | | | | | Sold (part) | 03/18/15 | J | A | |
| 600. | | | | | Sold | 04/01/15 | J | A | |
| 601. -Livanova PLC (Common) | | None | | | Buy | 10/19/15 | J | | |
| 602. | | | | | Sold | 12/02/15 | J | | |
| 603. -Lockheed Martin Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 604. | | | | | Buy (add'l) | 01/16/15 | J | | |
| 605. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 606. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 607. | | | | | Sold (part) | 05/28/15 | J | | |
| 608. | | | | | Sold (part) | 05/29/15 | J | A | |
| 609. | | | | | Sold (part) | 06/01/15 | J | A | |
| 610. | | | | | Sold (part) | 06/02/15 | J | A | |
| 611. | | | | | Sold (part) | 06/10/15 | J | A | |
| 612. | | | | | Buy (add'l) | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. -Lorillard Inc (Common) | | None | | | Sold | 02/04/15 | J | | |
| 614. -Lyondellbasell Industried (Common) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 615. -M&T Bank Corp (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 616. -Magna International Inc (Common) | A | Dividend | | | Buy | 08/03/15 | J | | |
| 617. | | | | | Sold | 09/24/15 | J | | |
| 618. -Marathon Petroleum Corp (Common) | A | Dividend | K | T | Buy | 02/06/15 | J | | |
| 619. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 620. | | | | | Sold (part) | 06/05/15 | J | A | |
| 621. | | | | | Sold (part) | 06/09/15 | J | A | |
| 622. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 623. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 624. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 625. -Marsh & McLennan Companies Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 626. -Mastercard Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 627. -McCormick & Co Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 628. -McKesson Corp (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 629. | | | | | Buy (add'l) | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  -Mead Johnson Nutrition Co (Common) | A | Dividend | | | Sold (part) | 01/07/15 | J | A | |
| 631. | | | | | Sold (part) | 01/23/15 | J | A | |
| 632. | | | | | Sold (part) | 04/14/15 | J | A | |
| 633. | | | | | Sold (part) | 07/10/15 | J | A | |
| 634. | | | | | Sold (part) | 07/14/15 | J | A | |
| 635. | | | | | Sold | 09/24/15 | J | | |
| 636.  -Medtronic Inc (Common) | A | Dividend | | | Sold (part) | 01/14/15 | J | A | |
| 637. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 638. | | | | | Sold (part) | 01/27/15 | J | C | |
| 639. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 640. | | | | | Sold | 10/07/15 | J | | |
| 641.  -Merck & Co Inc (Common) | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 642. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 643.  -Mettler-Toledo International Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 644.  -MGIC Investment Corp(Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 645.  -Microsoft Corp (Common) | A | Dividend | J | T | Sold (part) | 01/28/15 | J | | |
| 646. | | | | | Buy (add'l) | 03/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

CLELAND, ROBERT H.

02/02/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 04/14/15 | J | A | |
| 648. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 649. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 650. | | | | | Sold (part) | 09/24/15 | K | C | |
| 651. | | | | | Buy (add'l) | 11/10/15 | K | | |
| 652. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 653.  -Minerals Technologies Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 654.  -MKS Instruments Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 655.  -Mobileye NV (Common) | | None | | | Buy | 01/20/15 | J | | |
| 656. | | | | | Buy (add'l) | 02/11/15 | J | | |
| 657. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 658. | | | | | Sold (part) | 05/04/15 | J | A | |
| 659. | | | | | Sold | 09/24/15 | J | A | |
| 660.  -Molson Coors Brewing Co (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 661. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 662.  -Monsanto Co (Common) | A | Dividend | | | Sold (part) | 04/10/15 | J | A | |
| 663. | | | | | Sold (part) | 04/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold | 05/04/15 | J | | |
| 665. -Monster Beverage Corp (Common) | | None | | | Sold (part) | 03/25/15 | J | A | |
| 666. | | | | | Sold (part) | 04/30/15 | J | B | |
| 667. | | | | | Sold | 09/24/15 | J | D | |
| 668. -Moody's Corp (Common) | A | Dividend | | | Buy | 09/24/15 | J | | |
| 669. | | | | | Sold | 12/02/15 | J | A | |
| 670. -Murphy Oil Corp (Common) | | None | | | Buy | 01/05/15 | J | | |
| 671. | | | | | Sold | 08/18/15 | J | | |
| 672. -Netsuite (Common) | | None | | | Sold | 05/08/15 | J | A | |
| 673. -NextEra Energy Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 674. -Neustar Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 675. -Netsuite Inc (Common) | | None | | | Sold | 05/08/15 | J | A | |
| 676. -Nike Inc (Common) | A | Dividend | | | Sold | 09/24/15 | J | C | |
| 677. -Nordstrom Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 678. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 679. -Nordson Corp (Common) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 680. -Northern Trust Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Northrop Grumman Corp (Common) | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 682. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 683. | | | | | Sold (part) | 09/24/15 | K | | |
| 684. -NVR Inc (Common) | | None | J | T | Buy | 11/04/15 | J | | |
| 685. -NXP Semiconductors (Common) | | None | | | Sold (part) | 01/16/15 | J | A | |
| 686. | | | | | Sold | 01/22/15 | J | A | |
| 687. -Occidental Petroleum Corp (Common) | A | Dividend | | | Sold (part) | 04/14/15 | J | | |
| 688. | | | | | Sold | 05/08/15 | K | | |
| 689. -Office Depot Inc (Common) | | None | | | Sold (part) | 02/02/15 | J | A | |
| 690. | | | | | Sold | 07/17/15 | J | C | |
| 691. -Old Dominion Freight Lines Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 692. -Omnicom Group Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 693. -Oracle Corp (Common) | A | Dividend | J | T | Buy (add'l) | 04/30/15 | J | | |
| 694. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 695. -OSI Systems Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 696. -Outerwall Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 697. -PNC Financial Services Group Inc (Common) | A | Dividend | J | T | Buy | 11/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -PPL Corp (Common) | A | Dividend | K | T | Buy (add'l) | 10/14/15 | J | | |
| 699. | | | | | Buy | 10/21/15 | K | | |
| 700. -Paccar Inc (Common) | | None | | | Buy | 09/24/15 | J | | |
| 701. | | | | | Sold | 11/04/15 | J | | |
| 702. -Packaging Corp of America (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 703. -Parker-Hannifin Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 704. -Partnerre LTD (Common) | A | Dividend | | | Sold (part) | 01/05/15 | J | A | |
| 705. | | | | | Sold (part) | 02/06/15 | J | A | |
| 706. | | | | | Sold (part) | 03/04/15 | J | A | |
| 707. | | | | | Sold (part) | 03/20/15 | J | A | |
| 708. | | | | | Sold (part) | 04/14/15 | J | A | |
| 709. | | | | | Sold (part) | 04/15/15 | J | A | |
| 710. | | | | | Sold | 06/26/15 | J | A | |
| 711. -PayPal Holdings Inc (Common) | | None | | | Spinoff (from line 404) | 07/17/15 | J | | |
| 712. | | | | | Sold (part) | 08/18/15 | J | A | |
| 713. | | | | | Sold | 09/24/15 | J | A | |
| 714. -Pepsico Inc (Common) | A | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 05/11/15 | J | | |
| 716. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 717. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 718. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 719. -Pfizer Inc (Common) | A | Dividend | | | Sold | 04/14/15 | K | D | |
| 720. -Philip Morris International (Common) | A | Dividend | | | Sold (part) | 03/25/15 | J | | |
| 721. | | | | | Sold (part) | 03/26/15 | J | | |
| 722. | | | | | Sold | 03/31/15 | J | | |
| 723. -PIMCO 1-3 Year U.S. Treasury Index Fund | A | Interest | K | T | Buy | 09/24/15 | K | | |
| 724. -PIMCO Enhanced Short Maturity Str Fund | A | Interest | J | T | Buy | 10/13/15 | J | | |
| 725. | | | | | Sold (part) | 11/10/15 | J | | |
| 726. -Polaris Industries Inc (Common) | A | Dividend | J | T | Sold (part) | 06/04/15 | J | A | |
| 727. | | | | | Sold (part) | 06/05/15 | J | A | |
| 728. | | | | | Sold (part) | 06/09/15 | J | A | |
| 729. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 730. -PowerShares 1-30 Laddered Treasury Fund | A | Int./Div. | K | T | Buy | 09/24/15 | K | | |
| 731. | | | | | Sold (part) | 10/14/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

CLELAND, ROBERT H.

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Precision Castparts Corp (Common) | | None | | | Sold | 01/16/15 | J | A | |
| 733. -Priceline Com Inc (Common) | | None | J | T | Buy (add'l) | 08/05/15 | J | | |
| 734. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 735. -Principal Financial Group Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 736. -PrivateBancorp Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 737. -Progressive Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 738. -Prudential Financial Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 739. -Public Service Enterprise Group Inc (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 740. -Qualcomm Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 741. -Quaker Chemical Corporation (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 742. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 743. -Quintiles Transnational Holdings (Common) | | None | | | Sold | 09/24/15 | J | C | |
| 744. -Raytheon Co (Common) | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 745. -Regeneron Pharmaceuticals, Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 746. -Reinsurance Group of America Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 747. -Reliance Steel & Aluminum Co (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 748. | | | | | Buy (add'l) | 12/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

**CLELAND, ROBERT H.**

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Rockwell Collins Inc (Common) | A | Dividend | | | Buy | 08/04/15 | J | | |
| 750. | | | | | Sold | 09/24/15 | J | | |
| 751. -Rogers Corp (Common) | | None | J | T | Buy | 11/04/15 | J | | |
| 752. -Ross Stores Inc (Common) | A | Dividend | | | Buy | 04/09/15 | J | | |
| 753. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 754. | | | | | Sold | 09/25/15 | J | | |
| 755. RS Floating Rate Fund | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 756. | | | | | Buy (add'l) | 11/10/15 | K | | |
| 757. -Sanderson Farms Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 758. -SCANA Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 759. -Schlumbergr LTD (Common) | A | Dividend | J | T | Sold (part) | 02/03/15 | J | | |
| 760. | | | | | Sold (part) | 05/21/15 | J | A | |
| 761. -Schwab Short-Term US Treasury ETF | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 762. | | | | | Buy (add'l) | 10/22/15 | K | | |
| 763. | | | | | Sold (part) | 11/10/15 | K | | |
| 764. | | | | | Buy (add'l) | 12/08/15 | K | | |
| 765. -Seagate Technology PLC (Common) | | None | | | Buy | 09/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold | 11/03/15 | J | | |
| 767. -Sealed Air Corp (Common) | A | Dividend | | | Buy | 06/30/15 | J | | |
| 768. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 769. | | | | | Sold | 09/24/15 | J | | |
| 770. -Sempra Energy (Common) | | None | | | Buy | 09/24/15 | J | | |
| 771. | | | | | Sold | 10/07/15 | J | | |
| 772. -Servicenow Inc (Common) | | None | | | Sold | 09/24/15 | J | B | |
| 773. -Sherwin-Williams Co (Common) | A | Dividend | J | T | Sold (part) | 08/24/15 | J | B | |
| 774. -Signet Jewelers Ltd (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 775. -Sirona Dental Systems Inc (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 776. -Skyworks Solutions Inc (common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 777. -SLM Corp (Common) | | None | | | Sold (part) | 04/16/15 | J | A | |
| 778. | | | | | Sold | 06/10/15 | J | A | |
| 779. -SM Energy Co (Common) | | None | | | Buy | 06/10/15 | J | | |
| 780. | | | | | Sold | 08/17/15 | J | | |
| 781. -Snap-on Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 782. -SPDR Barclays Aggregate Bond ETF | A | Dividend | K | T | Buy | 09/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

CLELAND, ROBERT H.

02/02/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -SPDR Barclays Intermediate Term Trs ETF | A | Dividend | K | T | Buy | 10/13/15 | K | | |
| 784. -SPDR Barclays Long Term Trs ETF | A | Dividend | | | Buy | 09/24/15 | J | | |
| 785. | | | | | Sold | 10/13/15 | J | | |
| 786. -SPDR Barclays Mortgage Backed Bond ETF | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 787. | | | | | Sold (part) | 10/13/15 | K | | |
| 788. | | | | | Buy (add'l) | 10/22/15 | K | | |
| 789. -SPDR Barclays Short Term Corp Bd ETF | A | Dividend | K | T | Buy | 11/10/15 | K | | |
| 790. -SPDR Barclays International Trs Bd ETF | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 791. -SPDR MSCI ACWI EX-US ETF | A | Dividend | | | Buy | 10/14/15 | J | | |
| 792. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 793. -SPDR S&P International Dev ETF | | None | | | Buy | 09/24/15 | J | | |
| 794. | | | | | Sold (part) | 10/14/15 | J | A | |
| 795. | | | | | Sold | 11/11/15 | J | A | |
| 796. -St.Judes Medical Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 797. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 798. | | | | | Sold (part) | 11/04/15 | J | | |
| 799. | | | | | Buy (add'l) | 12/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

CLELAND, ROBERT H.

02/02/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Staples Inc (Common) | A | Dividend | | | Buy | 07/17/15 | J | | |
| 801. | | | | | Sold | 09/24/15 | J | A | |
| 802. -Starbucks Corp (Common) | A | Dividend | K | T | Sold (part) | 04/14/15 | J | A | |
| 803. | | | | | Sold (part) | 07/10/15 | J | C | |
| 804. | | | | | Sold (part) | 08/14/15 | J | B | |
| 805. -Stericycle Inc (Common) | | None | J | T | Buy | 12/01/15 | J | | |
| 806. -SunTrust Banks Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 807. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 808. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 809. -SunPower Corp (Common) | | None | J | T | Buy | 12/02/15 | J | | |
| 810. -Synopsys, Inc. (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 811. -T Rowe Price Group Inc (Common) | | None | | | Buy | 10/06/15 | J | | |
| 812. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 813. | | | | | Sold | 11/03/15 | J | A | |
| 814. -Target Corp (Common) | A | Dividend | J | T | Buy | 10/08/15 | J | | |
| 815. -Tax-Aware Overlay (Common) | | None | | | Sold | 08/31/15 | O | F | |
| 816. -TDY (Common) | | None | J | T | Buy | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

02/02/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Tesoro Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 818. -Texas Instruments Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 819. -Thoratec Corp | | None | | | Buy | 09/24/15 | J | | |
| 820. | | | | | Sold | 10/09/15 | J | A | |
| 821. -Time Warner Inc (Common) | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 822. | | | | | Sold | 09/24/15 | J | B | |
| 823. -TJX Companies Inc (Common) TJX Companies Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 824. -Torchmark Corp (Common) | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 825. -The Travelers Companies Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 826. -UniFirst Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 827. -Union Pacific Corp (Common) | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 828. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 829. | | | | | Buy (add'l) | 09/24/15 | K | | |
| 830. | | | | | Sold (part) | 12/07/15 | K | | |
| 831. | | | | | Sold | 12/09/15 | J | A | |
| 832. -United Parcel Service (Common) | | None | | | Buy | 01/20/15 | J | | |
| 833. | | | | | Sold | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -United Technologies Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 835.  -UnitedHealth Group Inc (Common) | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 836. | | | | | Buy (add'l) | 01/14/15 | J | | |
| 837. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 838. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 839. | | | | | Sold (part) | 04/14/15 | J | | |
| 840. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 841.  -Universal Health Services, Inc (common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 842.  -Unum (Common) | A | Dividend | | | Buy | 09/24/15 | K | | |
| 843. | | | | | Sold (part) | 11/09/15 | K | B | |
| 844. | | | | | Sold | 11/11/15 | J | B | |
| 845.  -US Bancorp (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 846. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 847. | | | | | Sold (part) | 04/14/15 | J | | |
| 848.  -US Ecology Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 849. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 850.  -Valero Energy Corp (Common) | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold (part) | 05/04/15 | J | A | |
| 852. | | | | | Sold | 09/24/15 | J | A | |
| 853.  -The Valspar Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 854.  -Vanguard FTSE Dev Europe All Cap ETF | A | Dividend | | | Buy | 09/24/15 | K | | |
| 855. | | | | | Sold | 10/14/15 | K | B | |
| 856.  -Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy | 11/11/15 | K | | |
| 857. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 858.  -Vanguard FTSE Europe ETF | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 859. | | | | | Sold (part) | 10/14/15 | J | A | |
| 860. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 861.  -Vanguard Long-Term Bond ETF | A | Dividend | J | T | Buy | 09/24/15 | L | | |
| 862. | | | | | Sold (part) | 10/13/15 | K | | |
| 863. | | | | | Sold (part) | 11/10/15 | K | | |
| 864. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 865.  -Vanguard Mortgaged Backed ETF | A | Dividend | | | Buy | 09/24/15 | J | | |
| 866. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 867. | | | | | Sold | 11/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

CLELAND, ROBERT H.     02/02/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  -Vanguard Total Bond Market ETF | A | Dividend | K | T | Buy | 09/24/15 | K | | |
| 869. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 870. | | | | | Sold (part) | 10/14/15 | K | | |
| 871.  -Verizon Communications Inc (Common) | A | Dividend | | | Sold (part) | 01/07/15 | J | A | |
| 872. | | | | | Sold (part) | 03/26/15 | J | A | |
| 873. | | | | | Sold | 04/13/15 | J | A | |
| 874.  -VF Corp (Common) | A | Dividend | K | T | Buy | 01/07/15 | J | | |
| 875. | | | | | Sold (part) | 03/20/15 | J | A | |
| 876. | | | | | Sold (part) | 03/25/15 | J | A | |
| 877. | | | | | Sold (part) | 03/31/15 | J | A | |
| 878. | | | | | Buy (add'l) | 09/24/15 | K | | |
| 879.  -Visa Inc (Common) | A | Dividend | | | Sold (part) | 08/14/15 | J | A | |
| 880. | | | | | Sold | 09/24/15 | K | D | |
| 881.  -VMware, Inc (Common) | | None | | | Buy | 09/24/15 | J | | |
| 882. | | | | | Sold | 12/01/15 | J | | |
| 883.  -Walgreens Boots Alliance, Inc (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 884. | | | | | Buy (add'l) | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy | 10/08/15 | J | | |
| 886. -The Walt Disney Co (Common) | A | Dividend | K | T | Buy (add'l) | 03/13/15 | J | | |
| 887. | | | | | Buy (add'l) | 09/24/15 | K | | |
| 888. -Washington Federal Inc.(common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 889. -Waste Management, Inc. (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 890. -Waters Corp (Common) | | None | J | T | Buy | 09/24/15 | J | | |
| 891. -Wells Fargo & Company (Common) | A | Dividend | K | T | | | | | |
| 892. -Wells Fargo Sweep Account | A | Int./Div. | L | T | Open | 09/03/15 | P1 | | |
| 893. -Westlake Chemical Corp (Common) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 894. -Whirlpool Corp (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 895. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 896. -WisdomTree Asia Local Debt ETF | A | Dividend | J | T | Buy | 12/08/15 | J | | |
| 897. -WisdomTree International Equity ETF (Common) | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 898. -Xcel Energy Inc (Common) | A | Dividend | K | T | Buy | 10/12/15 | K | | |
| 899. -Xerox Corp (Common) | A | Dividend | | | Sold | 09/24/15 | J | | |
| 900. -Zebra Technologies (Common) | A | Dividend | | | Buy | 09/24/15 | J | | |
| 901. | | | | | Sold | 10/06/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. Brokerage (H) | | | | | | | | | |
| 903. -Alon USA Partners LP (Common) | A | Dividend | J | T | | | | | |
| 904. -BreitBurn Energy Partners LP Bond | A | Dividend | J | T | | | | | |
| 905. -BP PLC Sponsored ADR (Common) | A | Dividend | L | T | | | | | |
| 906. -Calumet Specialty Products LP (Common) | A | Dividend | J | T | | | | | |
| 907. -CVR Refining LP Com Unit Repstg LTD Partner (Common) | A | Dividend | J | T | | | | | |
| 908. -Fidelity Cash Reserves Fund | A | Dividend | L | T | | | | | |
| 909. -Fidelity Municipal Income Fund | A | Dividend | J | T | | | | | |
| 910. -Kinder Morgan Energy Partners LP (Common) | A | Dividend | J | T | | | | | |
| 911. -Lincoln National (Common) | B | Dividend | M | T | | | | | |
| 912. -Linn Energy LLC (Common) | A | Dividend | J | T | Buy | 01/31/15 | J | | |
| 913. -Nisource (Common) | A | Dividend | J | T | | | | | |
| 914. -Northern Tier Energy LP (Common) | A | Dividend | J | T | | | | | |
| 915. -Northstar Realty Finance Corp (Common) | A | Dividend | J | T | | | | | |
| 916. -Nustar Energy LP (Common) | A | Dividend | J | T | | | | | |
| 917. -Plains All American Pipeline LP (Common) | A | Dividend | J | T | | | | | |
| 918. -Sun Communities (Common) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

---

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 58 of 61 | CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Vanguard Natural Res Bond | A | Dividend | J | T | | | | | |
| 920. Investment Club (H) | | | | | | | | | |
| 921. -Amarantus Bioscience Holding (Common) (Y) | | | | | | | | | |
| 922. -Apple (Common) | A | Dividend | J | T | Buy (add'l) | 08/14/15 | J | | |
| 923. | | | | | Sold (part) | 09/10/15 | J | | |
| 924. -Asterias Biotheraputics Inc (Common)(Y) | | | | | | | | | |
| 925. -Biotime Inc Warrants (Common) (Y) | | | | | | | | | |
| 926. -Boeing Co (Common) | | None | | | Sold | 01/26/15 | J | A | |
| 927. -Bristol Myers Squibb Co (Common) (Y) | | | | | | | | | |
| 928. -Coca Cola Co (Common) | A | Dividend | | | Sold | 09/18/15 | J | A | |
| 929. -Costco Wholesale Corp (Common) | A | Dividend | J | T | Buy (add'l) | 07/02/15 | J | | |
| 930. -Cree Inc (Comon) (Y) | | | | | | | | | |
| 931. -CVR Refining LP (Common) (Y) | | | | | | | | | |
| 932. -Devon Energy Corp (Common) (Y) | | | | | | | | | |
| 933. -Disney Walt Co (Common) | A | Dividend | J | T | | | | | |
| 934. -Du Pont De Nemours And Co (Common) | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 935. -Facebook Inc (Common) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CLELAND, ROBERT H. | 02/02/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -Fifth Third Bancorp (Common) (Y) | | | | | | | | | |
| 937. -Geron Corp (Common) | | None | | | Sold | 07/02/15 | J | A | |
| 938. -Goldman Sachs Group Inc (Common) | A | Dividend | J | T | Sold (part) | 05/21/15 | J | A | |
| 939. -Johnson Controls Inc (Common) (Y) | | | | | | | | | |
| 940. -JP Morgan Chase & Co (Common) | A | Dividend | J | T | | | | | |
| 941. -McDonalds (Common) | A | Dividend | | | Sold | 03/19/15 | J | A | |
| 942. -Nisource Inc (Common) (Y) | | | | | | | | | |
| 943. -Pfizer Inc (Common) (Y) | | | | | | | | | |
| 944. -Procter & Gamble Co (Common) (Y) | | | | | | | | | |
| 945. -Ttian Medical Inc (Common) (Y) | | | | | | | | | |
| 946. -US Bancorp Del (Common) (Y) | | | | | | | | | |
| 947. -Wells Fargo & Co (Common) | A | Dividend | J | T | | | | | |
| 948. -Yahoo Inc (Common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Reason for 3rd Amendment

PART VII Investments and Trusts

Line 363 - added A & D1-D4 - CF Industries Holdings, Inc  SALE 09/24/15; Value Code J and no Gain

Line 361 - CF Industries Holdings, Inc corrected B1-B2 income to "None" and removed C1-C2 End of Year Gross-Value Codes

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/02/2018 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ ROBERT H. CLELAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544